FILED

07/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case Number: DA 24-0365

No. DA 24-0365

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

JUSTIN DOUGHERTY,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 23, 2024, to prepare, file, and serve the Appellant's opening brief.